COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Amado Yanez v. Daniela Ducasson

Appellate case number:   01-12-00173-CV

Trial court case number:  2009-80317

Trial court:             281st District Court of Harris County

It is ordered that the motion for leave to file an amended motion for rehearing is DENIED.

Judge's signature: /s/ Laura Carter Higley_____
                         Acting individually

Date: March 27, 2013_____